UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 30461
RICHARD GLENN OWEN
KATHRYN LYNN OWEN                         CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-2847    SSN XXX-XX-7669

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/03/05 and confirmed on 09/22/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 103321.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | SECURED | 200.00 | 5.02 | 200.00 |
| CITIFINANCIAL | SECURED | 1200.00 | 30.04 | 1200.00 |
| LOWES | SECURED | .00 | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | SECURED VEHIC | 14843.00 | 491.06 | 14843.00 |
| FIA CARD SERVICES | UNSECURED | 11687.26 | .00 | 8214.35 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1355.62 | .00 | 952.79 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 10964.47 | .00 | 7706.34 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 25063.62 | .00 | 17615.88 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 29376.75 | .00 | 20647.35 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 20582.50 | .00 | 14466.34 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 235.82 | .00 | 165.75 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 11043.69 | .00 | 7762.02 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 5728.34 | .00 | 4026.14 |
| SM SERVICING | UNSECURED | NOT FILED | .00 | .00 |
| SM SERVICING | UNSECURED | NOT FILED | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | UNSECURED | 35.81 | .00 | 25.17 |
| ECAST SETTLEMENT CORP | UNSECURED | 214.98 | .00 | 151.10 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 218.86 | .00 | 153.82 |

                Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 16243.00 | .00 | 116507.72 | .00 | 132750.72 |
| PRINCIPAL PAID | 16243.00 | .00 | 81887.05 | .00 | 98130.05 |

```
INTEREST PAID              526.12          .00            .00           .00        526.12
TOTAL PAID              16769.12          .00       81887.05           .00      98656.17
```

The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   2700.00
and was paid $   2700.00  direct and $        .00  through the plan.

The Trustee received $   4663.83 .

Refunds to the Debtor totaled $      1.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 02/09/09                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE